UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK S. WILDER,

        Plaintiff,

                              Case No. 08-11399
vs.                             HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

<u>ORDER ACCEPTING MARCH 18, 2009 REPORT AND
RECOMMENDATION (#13), GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT (#12), DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (#8) AND DISMISSING PLAINTIFF'S CLAIMS</u>

This matter is before the Court on the parties' cross-motions for summary judgment as to Plaintiff Mark Wilder's claim for judicial review of Defendant Commissioner of Social Security's denial of his July 11, 2005 application for disability insurance benefits. The matter was referred to Magistrate Judge Mona Majzoub. On March 18, 2009, Magistrate Judge Majzoub issued a 14-page Report and Recommendation, recommending that Defendant's motion for summary judgment be granted, that Plaintiff's motion for summary judgment be denied, and that judgment enter in favor of Defendant Commissioner. Magistrate Judge Majzoub found there was substantial evidence in the record to support ALJ Earl Witten's January 25, 2007 decision that Plaintiff had the residual functional capacity to perform light work with specific restrictions, and that a significant number of jobs existed in the national economy that Plaintiff could perform. Plaintiff has not filed timely objections to the Report and Recommendation. <u>See</u> 28 U.S.C. § 636(b)(1); E.D. Mich. L.R. 72.1(d)(2).

Having reviewed the record and Report and Recommendation, and in the absence of timely objections, the Court hereby ACCEPTS Magistrate Judge Majzoub's well reasoned March 18, 2009 Report and Recommendation as its own. Plaintiff's motion for summary judgment is hereby DENIED. Defendant's motion for summary judgment is hereby GRANTED. Plaintiff Mark Wilder's claim is hereby DISMISSED with prejudice.

SO ORDERED.

Dated: April 27, 2009

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 27, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

2